BEFORE THE FIRST DIVISION, MARCH 20, 1946

**No. 50951.**—Protest 120901–K of Theo. L. Stern & Co., Inc. (New York).

Opinion by OLIVER, P. J. In accordance with stipulation of counsel that the beads are the same in all material respects as those the subject of *Eitinger Bead Co. v. United States* (13 Cust. Ct. 50, C. D. 867), the claim at 35 percent under paragraph 1503 was sustained.